**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01311-LTB-CBS

NORMAN AND ELLEN CHRISTIANSON,

      Plaintiffs,

v.

MORGAN KEEGAN & COMPANY, INC., and
WILLIAM F. WOLBRECHT,

      Defendants.

_____

**ORDER**
_____

      THIS MATTER comes before the Court, sua sponte for review.  An Order to Show Cause was issued on May 16, 2011 giving Plaintiff up to and including June 6, 2011 to show cause why this matter should not be dismissed for failure to prosecute.  To date no response has been filed or good cause shown.  It is therefore

      ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   June 29, 2011